UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**GLADYS M. MOORE**,

        Plaintiff,

vs.

        No. 15-CV-11022
        Hon. Gerald E. Rosen
        Magistrate Judge David R. Grand

**BANK OF AMERICA, N.A.**, et al.,

        Defendants.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DISMISSING PLAINTIFF'S COMPLAINT

This matter is presently before the Court on a Report and Recommendation issued by United States Magistrate Judge David R. Grand on October 30, 2015. Dkt. # 18. In his Report and Recommendation ("R & R"), Magistrate Judge Grand recommends that the Motion to Dismiss filed by Defendant (Dkt. # 18) be granted and that Plaintiff's claims against Defendant be dismissed with prejudice, both because Plaintiff's claims are barred by *res judicata* and because Plaintiff's Complaint fails to state a claim upon which relief can be granted. Plaintiff timely filed objections to the R & R, Dkt. # 19, Defendant responded to those objections, Dkt. # 20, and Plaintiff filed a reply to Defendant's responses, Dkt. # 21. Having

now had the opportunity to review the R & R, Plaintiff's objections, and the entire record of this matter, the Court has determined that Plaintiff's objections fail to adequately respond to the reasons state for dismissal in the R & R, and, therefore, Defendant's motion for summary judgment should be granted and this case should be dismissed in its entirety.

Accordingly,

IT IS HEREBY ORDERED that the Magistrate Judge's October 30, 2015 Report and Recommendation (Dkt. # 18) is hereby adopted by the Court.

IT IS FURTHER ORDERED that, for the reasons stated by the Magistrate Judge, Defendant's Motion to Dismiss (Dkt. # 12) is **GRANTED**.

IT IS FURTHER ORDERED that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**


Dated:  December 28, 2015         s/Gerald E. Rosen
                                  Chief Judge, United States District Court


I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 28, 2015, by electronic and/or ordinary mail.

                                  s/Julie Owens
                                  Case Manager, (313) 234-5135